File Hashes for IP Address 98.109.176.105

**ISP:** Verizon FiOS
**Physical Location:** Plainfield, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/14/2014 15:33:47 | 3FB20271579C537E0B4468851F7FDD8A2D078CA7 | Au Paradis |
| 05/14/2014 14:57:20 | E1C4CD147A01FF0CAB03187D8D90B4430F7A1CC5 | Not Alone |
| 05/14/2014 14:46:27 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |
| 05/14/2014 14:45:22 | 65E7A48144F70A63BAD3F1BE1DB3AB2AB525C621 | Catching Up |
| 05/14/2014 14:44:13 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 05/14/2014 14:37:52 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 05/14/2014 14:02:00 | 55476DB0F16D822FE4E53445C15669823FB3B57E | Double Tease |
| 05/14/2014 06:18:17 | 86B87CE9125EF4B558DD04807AAD6ABB526EDA74 | Group Sex |
| 05/14/2014 06:03:02 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 03/26/2014 03:29:13 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 03/22/2014 22:33:12 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 03/09/2014 06:59:47 | 393C04762255DA6B05BBAE7F29933D8F7421F776 | At Home With Tiffany |
| 03/09/2014 06:53:34 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 03/09/2014 06:43:50 | E4BE8E720C61D26AD1C4D01C44CEEFA77DF24D92 | Apertif Our Style |
| 03/09/2014 06:39:54 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 02/05/2014 05:13:39 | A280B5E9142B527BF6F248066AF3C21703CC74CC | Three Way is the Best Way |
| 02/05/2014 04:51:30 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 02/05/2014 04:47:39 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 02/02/2014 02:45:55 | 18B23464E61B4D118F9E285337BC49B3B246BCB5 | LA Plans |
| 02/02/2014 02:40:12 | 2C78E17E90A6065C5500659FDDB52CA0E0477FA7 | And Then There Was You |
| 12/12/2013 05:45:49 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |
| 12/12/2013 05:32:18 | CC84159BDEB4D02AABE6A192DDD791D377B41859 | Many Shades of Grey |

EXHIBIT A

CNJ112

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/12/2013 05:31:27 | C9078051580A5D0C1AF2BFEAA20A8D1F905935EF | Lying Around |
| 10/26/2013 21:54:45 | 94B7D273309BE66346FA168B5128BFDBB4B3A539 | Angel Seaside Romp |
| 10/07/2013 11:41:42 | E585A9E47A98B1E13803043CCA5C10C2960874A7 | Angel Afternoon Delight |

**Total Statutory Claims Against Defendant: 25**

EXHIBIT A

CNJ112